U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10456 JLT

MIGUEL ORTIZ,  )
      Plaintiff  )
  )
VS.  )    STIPULATION OF DISMISSAL
  )
ERNEST MILLETTE and  )
AMTRAK/NATIONAL RAILROAD  )
PASSENGER CORP.,  )
      Defendants  )

The parties in the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs.

_____
James M. Tarshi
Attorney for Plaintiff
510 Essex Street
Lawrence, MA 01840
(978) 686-1821
BBO# 546263

_____
Sharon H. Church
Attorney for Defendant
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755
BBO #640878

DATED: 4-5-04

## CERTIFICATE OF SERVICE

I, Sharon H. Church, attorney for the defendants, Ernest Millette and Amtrak/ National Railroad Passenger Corporation, hereby certify that a true copy of the foregoing Stipulation of Dismissal was mailed first class, postage prepaid, this 5th day of April, 2004 to:

James M. Tarshi, Esquire
510 Essex Street
Lawrence, MA  01840


_____
Sharon H. Church